
ORIGINAL

**FILED**

05/20/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 23-0694

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 23-0694

FILED

MAY 1 4 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF GARRY D. SEAMAN,

An Attorney at Law,                                                     O R D E R

Respondent.

On August 21, 2023, Montana attorney Garry D. Seaman pled guilty to one count of deliberate homicide, a felony, and one count of attempted deliberate homicide, a felony, in the Nineteenth Judicial District Court, Lincoln County, Cause No. DC 22-44. On October 17, 2023, the court sentenced him to Montana State Prison for 60 years on each count, to run concurrently, with an 18-year parole restriction and credit for 501 days served.

On November 29, 2023, the Office of Disciplinary Counsel (ODC) petitioned this Court, pursuant to Montana Rules for Lawyer Disciplinary Enforcement (MRLDE) 23B, for a determination as to whether Seaman should be suspended from the practice of law pending formal disciplinary proceedings. This Court placed Seaman on interim suspension on December 19, 2023. Seaman has remained suspended since that time.

On December 22, 2023, ODC filed a Complaint that alleged Seaman was subject to discipline under MRLDE 8A(3), as he had engaged in conduct which resulted in conviction of a criminal offense. ODC further alleged that Seaman violated M. R. Pro. Cond. 8.4(b) because he committed a criminal act that reflected adversely on his honesty, trustworthiness, or fitness as a lawyer in other respects.

Seaman did not respond to ODC's Complaint and the Commission on Practice (Commission) entered his default on February 2, 2024. On April 9, 2024, an Adjudicatory

Panel of the Commission held a hearing to determine an appropriate form of discipline to impose or to recommend. Seaman did not appear at the hearing.

On May 7, 2024, the Commission filed its Findings of Fact, Conclusions of Law and Recommendation in this Court. The Commission recommended that Seaman be disbarred from the practice of law as the gravity of his criminal offenses is severe and the Commission determined that no lesser form of discipline than disbarment would be appropriate.

We agree with the Commission's recommendation of disbarment. Seaman pled guilty to two felonies—deliberate homicide and attempted deliberate homicide—which unquestionably reflect adversely on his honesty, trustworthiness or fitness as a lawyer in other respects as provided in M. R. Pro. Cond. 8.4(b). The seriousness of his criminal offenses is such that disbarment is appropriate discipline.

Based upon the foregoing,

IT IS HEREBY ORDERED:

1. The Commission's Findings of Fact, Conclusions of Law and Recommendation are ACCEPTED and ADOPTED.

2. Garry D. Seaman is hereby disbarred from the practice of law in Montana, effective thirty days from the date of this Order. Seaman is directed to give notice of his disbarment to all clients he represents in pending matters, any co-counsel in pending matters, all opposing counsel and self-represented opposing parties in pending matters, and all courts in which he appears as counsel of record in pending matters, as required by Rule 30 of the Montana Rules for Lawyer Disciplinary Enforcement.

3. Garry D. Seaman shall pay the costs of these proceedings, subject to the provisions of Rule 9C(4) of the Montana Rules for Lawyer Disciplinary Enforcement allowing him to file objections to the statement of costs.

The Clerk of this Court is directed to serve a copy of this Order of Discipline upon Garry D. Seaman, and to provide copies to Disciplinary Counsel; the Office Administrator for the Commission on Practice; the Clerks of all the District Courts of the State of Montana; each District Judge in the State of Montana; the Clerk of the Federal District

2

Court for the District of Montana; the Clerk of the Circuit Court of Appeals of the Ninth Circuit; and the Executive Director of the State Bar of Montana.

DATED this 14ᵗʰ day of May, 2024.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices

3